UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CRUZ PENA,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden of<br>Otay Mesa Detention Center; et al.,<br><br>                              Respondents. | Case No.:  26-cv-2706-BJC-MSB<br><br>**ORDER GRANTING IN PART<br>PETITION FOR HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On April 28, 2026, Rene Cruz Pena ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a return to the petition on May 5, 2026.  ECF No. 5.  In their return, Respondents stated that they "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  *Id.* at 2.

Having reviewed the pleadings, the Court **GRANTS IN PART** the petition for a writ of habeas corpus. Respondents **shall hold a bond hearing within fourteen days** of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The remaining requests in Petitioner's prayer for relief are **DENIED**.  ECF No. 1 at 20-21.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2706-BJC-MSB