

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Rene Cruz Pena

**Civil Action No.** 26-cv-02706-BJC-MSB

**Plaintiff,**

V.

see attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Having reviewed the pleadings, the Court GRANTS IN PART the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**Date:**        5/12/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-02706-BJC-MSB

Christopher J. Larose, in his official capacity as Warden of Otay Mesa Detention Center; Daniel A. Brightman, in his official capacity as San Diego Field Office Director, ICE Enforcement and Removal Operations; Todd Lyons, in his official capacity as Acting Director of ICE; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; Todd Blanche, in his official capacity as Acting U.S. Attorney General

Respondents